**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Tiana Nicole Williams and Christopher Patrick Brown,
Defendants,

Of whom Christopher Patrick Brown is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000051

———————————

Appeal From Anderson County
Dale Moore Gable, Family Court Judge

———————————

Unpublished Opinion No. 2017-UP-250
Submitted June 13, 2017 – Filed June 19, 2017

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

James Victor McDade, of Doyle Tate & McDade, PA,
and Kathleen J. Hodges, of the South Carolina

Department of Social Services, both of Anderson, for Respondent.

Brittany Dreher Senerius, of Senerius & Tye, Attorneys at Law, of Anderson, for the Guardian ad Litem.

---

**PER CURIAM:**  Christopher Patrick Brown appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Thus, we affirm the family court's ruling and relieve Brown's counsel.

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.